# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVUTHY PHON, et al., | Case No. CV 24-0781 FMO (JPRx) |
| Plaintiffs, | |
| v. | **JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |
| MERCEDES-BENZ USA LLC, | |
| Defendant. | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant Mercedes-Benz USA, LLC shall pay plaintiffs Sovuthy Phon and Kimberly Chhor attorney's fees in the amount $25,039 and costs in the amount of $4,496.62.

Dated this 2nd day of June, 2025.

/s/
Fernando M. Olguin
United States District Judge